No. 212. SOUTHERN PACIFIC CO. *v.* CORBETT ET AL. December 12, 1938. Andrew J. Gallagher, a member of the State Board of Equalization of California substituted as a party appellee in the place and stead of John C. Corbett, deceased, on motion of *Mr. Harry H. McElroy* in that behalf.

No. 213. PACIFIC TELEPHONE & TELEGRAPH CO. *v.* CORBETT ET AL. December 12, 1938. Andrew J. Gallagher, a member of the State Board of Equalization of California, substituted as a party appellee in the place and stead of John C. Corbett, deceased, on motion of *Mr. Francis N. Marshall* in that behalf.